UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-388-MOC-WCM

| | |
|---|---|
| JASON WHEELER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARTIN O' MALLEY,<br>Commissioner of<br>Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees, seeking fees in the amount of $17,020.50 of Plaintiff's past due benefits, under the Social Security Act, 42 U.S.C. § 406(b). (Doc. No. 23). Plaintiff's attorney has been granted fees by this Court in the amount of $3,700.00, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant has filed a response, noting that, under <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

Upon review of the materials, the Court finds that Plaintiff's request for attorney fees is reasonable. The motion for attorney fees is **GRANTED**. Therefore, it is ordered that Plaintiff's attorney may collect a fee of 25% of plaintiff's past due benefits. Plaintiff's attorney must refund to Plaintiff the EAJA award of $3,700.00.

**IT IS SO ORDERED**.

Signed: February 21, 2024

Max O. Cogburn Jr.
United States District Judge